JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
DARRAH, DEBORAH L                   §    Case No. 07-18049
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/GINA B. KROL_____
                                                       Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
Case 07-18049 Doc 48 Filed 09/09/10 Entered 09/09/10 16:07:49 Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document Page 3 of 9
**ASSET CASES**
Page: 1

Exhibit A

| Case No: | 07-18049 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | DARRAH, DEBORAH L | | | | Date Filed (f) or Converted (c): | 10/02/07 (f) |
| | | | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: 08/18/10 | | | | | Claims Bar Date: | 03/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 698 Huntington Drive Carol Stream, IL 60188 | 265,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 9110 Pacific Avenue Franklin Park, IL 60131 | 310,000.00 | 27,546.00 | | 105,000.00 | FA |
| 3. Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 4. National City checking account | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. Ordinary household goods and furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Whole Life Insurance Met Life maintained pursuant | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 7. 1000 shares of RLI, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1997 BMW (over 200,000 miles) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 9. 2000 Oldsmobile Intrigue (over 200,000 miles) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. 2001 Itasca Spirit Camper | 35,000.00 | 35,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.42 | Unknown |

**Gross Value of Remaining Assets**

TOTALS (Excluding Unknown Values)     $630,600.00     $83,146.00     $105,007.42     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has listed commercial r/e for sale.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9860 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 08/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/24/09 | 2 | James Skawski | Earnest Money Deposit | 1110-000 | 10,000.00 | | 10,000.00 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 10,000.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.26 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.51 |
| 09/16/09 | 000301 | James Skawski | Return of earnest money deposit | 8500-002 | | 10,000.00 | 0.51 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 0.73 |
| 12/23/09 | 2 | Premier Title Insurance Company | Proceeds of sale | | 39,544.13 | | 39,544.86 |
| | | JOSEPH & KAREN GIOVENCO | Memo Amount: 105,000.00 Proceeds of sale | 1110-000 | | | |
| | | BUYER CREDIT FOR 2009 R/E TAX PRORA | Memo Amount: ( 17,128.58 ) | 2820-000 | | | |
| | | CREDIT TO BUYER | Memo Amount: ( 1,000.00 ) Reimbursement for Oil removal | 2500-000 | | | |
| | | CREDIT TO BUYER | Memo Amount: ( 225.00 ) City Transfer Stamps | 2500-000 | | | |
| | | BENNETT & KAHNWEILER, INC. | Memo Amount: ( 5,250.00 ) R/E Broker Commission | 3510-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 350.00 ) Escrow Charge | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 3.00 ) DFI Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 980.00 ) Title Insurance | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 162.50 ) Gap Undertaking Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 305.00 ) Later Date, Tax Payment Fees | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 157.50 ) State & County Transfer Taxes | 2820-000 | | | |
| | | | Memo Amount: ( 1,500.00 ) Survey | 2500-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 38,394.29 ) '07 & '08 Real Estate Tax Bill | 2820-000 | | | |

Page Subtotals  49,544.86  10,000.00

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.10d

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B
Page: 2

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9860  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 08/18/10 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 39,544.96 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 39,545.96 |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 29.35 | 39,516.61 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/11/10 | 000303 | Christina Lass-Moore | Special Counsel Fees per Order | 3210-000 | | 2,133.00 | 37,383.61 |
| | | 315 Naperville Rd. | | | | | |
| | | PO Box 572 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 37,384.51 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.95 | | 37,385.46 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 37,386.38 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.95 | | 37,387.33 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 37,388.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.95 | | 37,389.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 105,000.00 | COLUMN TOTALS | | 49,551.55 | 12,162.35 | 37,389.20 |
| | Memo Allocation Disbursements: | 65,455.87 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 49,551.55 | 12,162.35 | |
| | Memo Allocation Net: | 39,544.13 | Less:  Payments to Debtors | | | 10,000.00 | |
| | | | Net | | 49,551.55 | 2,162.35 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 105,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 65,455.87 | Money Market Account (Interest Earn - *******9860 | | 49,551.55 | 2,162.35 | 37,389.20 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 39,544.13 | | | 49,551.55 | 2,162.35 | 37,389.20 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | Page Subtotals | 6.69 | 2,162.35 | |
|---|---|---|---|---|---|

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

Ver: 15.10d

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9860  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 08/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ____/s/ GINA B. KROL_____ Date: 08/18/10
                              GINA B. KROL

Page Subtotals          0.00          0.00

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-18049
Case Name: DARRAH, DEBORAH L
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Dept of the Treasury IRS | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $ | $ |
| Attorney for trustee: Cohen & Krol | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: Cohen & Krol | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Cit Bank* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .