UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DARRAH, DEBORAH L | ) | Case No. 07-18049-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 2, 2007. On November 30, 2007, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $5,316.50, in compensation for 13.30 hours of services performed for the period November 21, 2007 through present and reimbursement of actual expenses in the amount of $143.36.

3. A description of the nature of the services rendered by the Applicant is as follows:

ABANDONMENT

Debtor's attorney filed a Motion to Compel the Trustee to Abandon her Interest in Commercial Property. Trustee new there was equity in the property and requested that her Attorneys object to said motion. The motion was ultimately denied. The Trustee sold the property which resulted in a dividend to creditors. Cohen & Krol expended 1.35 hours in the activity of Abandonment.

AUTOMATIC STAY

Cohen & Krol reviewed the motion to modify the automatic stay which was filed by mortgagee on Debtor's residential real estate. Cohen & Krol attended the hearing and

**EXHIBIT G**

advised the Court that the Trustee had no objection to the relief requested. Cohen & Krol expended 1.30 hours in the activity of Automatic Stay.

COMPENSATION

Trustee had obtained Special Counsel to conduct the real estate closing on her behalf. Cohen & Krol prepared and presented Trustee's Application to Compensate Special Counsel. Cohen & Krol expended 2.25 hours in the activity of Compensation.

GENERAL ADMINISTRATION

Debtor's original attorney moved to withdraw as Debtor's counsel in this case. Cohen & Krol reviewed the motion to withdraw and attended the hearing on said motion. Cohen & Krol expended 1.15 hours in the activity of General Administration.

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's Motion to Employ Attorney's for the Trustee as well as Trustee's Motion to Employ Special Counsel for the Trustee. Both motions were necessary for the administration of this Estate and required by the Bankruptcy Code. Cohen & Krol expended 3.15 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented two Trustee Applications to Sell Real Property and To Pay Certain Expenses at Closing. The Trustee's first contract on the sale of the property fell through requiring a second motion be filed after the Trustee received a subsequent offer. Cohen & Krol expended 4.10 hours in the activity of Sale of Assets.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2007 | 1.50 | 375.00 | 562.50 |
| GINA B. KROL/GBK2008 | 2.50 | 395.00 | 987.50 |
| GINA B. KROL/GBK2009 | 5.75 | 405.00 | 2,328.75 |
| GINA B. KROL/GBK2010 | 3.55 | 405.00 | 1,437.75 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

**EXHIBIT G**

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $5,316.50 and reimbursement of actual and necessary expenses of $143.36 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: August 18, 2010                               /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**