JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                §
                                      §
DARRAH, DEBORAH L                     §      Case No. 07-18049 SQU
                                      §
            Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF BANKRUPTCY COURT
            KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/08/2010 in Courtroom 4016,
            United States Courthouse
            505 N. County Farm Rd.
            Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2010                    By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
DARRAH, DEBORAH L § Case No. 07-18049 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 115,007.42 |
| *and approved disbursements of* | $ | 77,618.22 |
| *leaving a balance on hand of*[1] | $ | 37,389.20 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| *Dept of the Treasury IRS* | $ 22,928.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: GINA B. KROL* | $ 9,000.37 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 5,316.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* |  | $ | $ |
| *Other: Cohen & Krol* |  | $ 0.00 | $ 143.36 |
| *Other:* |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* |  | $ | $ |
| *Attorney for:* |  | $ | $ |
| *Accountant for:* |  | $ | $ |
| *Appraiser for:* |  | $ | $ |
| *Other:* |  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 315,195.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 17,722.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Cit Bank* | $ 17,722.59 | $ 0.00 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina                Page 1 of 1                  Date Rcvd: Sep 10, 2010
Case: 07-18049                 Form ID: pdf006              Total Noticed: 22
```

```
The following entities were noticed by first class mail on Sep 12, 2010.
db           +Deborah L Darrah,    698 Huntington Drive,    Carol Stream, IL 60188-4341
aty          +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11652170      Alliance One Receivables Management Inc,    1160 Center Pointe Drive, Suite 1,
               Mendota Heights, MN 55120,    EBN421 251625570
11652171     +Associate Area Counsel,    200 W Adams Street Suite 2300,    Chicago, IL 60606-5231
11652172     +Associate Area Counsel SBSE,    200 West Adams Street Suite 2300,    Chicago, IL 60606-5231
11652173     +Associated Area Counsel, SB/SE,    200 West Adams Street Suite 2300,    Chicago, IL 60606-5231
11652175      CIT Group/Sales Financing,    PO Box 24330,    Oklahoma City, OK 73124-0330
11652174      Capital One Bank,    PO Box 60024,    City of Industry, CA 91716-0024
11652176     +Cit Bank,    PO Box 24330,    Oklahoma City, OK 73124-0330
11652189     +Ford Motor Credit Co,    PO Box 152271,    Irving, TX 75015-2271
11652183     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Dept of the Treasury IRS,    P O Box 21126,    Philadelphia, PA 19114)
11652182     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
11652184     +IRS Mail Stop 5010 CHI,    230 S Dearborn Street,    Chicago, IL 60604-1505
11652179      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11652185     +James Fierro,    140 Goldenhill,    Carol Stream, IL 60188-1303
11652186     +Nationwide Recovery Services Inc,    PO Box 51,    Kingston, NH 03848-0051
11652187     +Oxford Bank & Trust,    PO Box 129,    Addison, IL 60101-0129
11652188      World Savings & Loan,    PO Box 105693,    Atlanta, GA 30348-5693
The following entities were noticed by electronic transmission on Sep 10, 2010.
11652181      E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Sep 11 2010 02:05:56
               Indiana Department of Revenue,    PO Box 7028,    Indianapolis, IN 46207-7028
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11652180*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11652177     ##GMAC,    PO Box 2150,    Greeley, CO 80632-2150
11652178     ##+Illinois Collection Services, Inc,    3101 W 95th Street Floor 2,    Evergreen Park, IL 60805-2407
                                                                                              TOTALS: 0, * 1, ## 2
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**          **Signature:** _Joseph Speetjens_