UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DARRAH, DEBORAH L § Case No. 07-18049
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| James Skawski | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT Group | | | | | |
| Ford Motor Credit | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit | | | | | |
| Illinois Dept. of Revenue | | | | | |
| Illinois Dept. of Revenue | | | | | |
| Internal Revenue Service | | | | | |
| Internal Revenue Service | | | | | |
| James Fiero | | | | | |
| James Fiero | | | | | |
| Oxford Bank | | | | | |
| World Savings & LOan | | | | | |
| DEPT OF THE TREASURY IRS | | | | | |
| **TOTAL SECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CREDIT TO BUYER | | | | | |
| CREDIT TO BUYER | | | | | |
| PREMIER TITLE | | | | | |
| PREMIER TITLE | | | | | |
| PREMIER TITLE | | | | | |
| PREMIER TITLE | | | | | |
| PREMIER TITLE | | | | | |
| Survey | | | | | |
| BUYER CREDIT FOR 2009 R/E TAX PRORA | | | | | |
| COOK COUNTY TREASURER | | | | | |
| PREMIER TITLE | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| CHRISTINA LASS-MOORE | | | | | |
| BENNETT & KAHNWEILER, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept. Of Revenue | | | | | |
| Indiana Dept. of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One Bank | | | | | |
| Citigroup Sales Financial | | | | | |
| GMAC | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | | | | | |
| GMAC | | | | | |
| GMAC | | | | | |
| Illinois Collection Services | | | | | |
| Nationwide Recovery Services | | | | | |
| CIT BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
Case 07-18049 Doc 57 Filed 12/27/10 Entered 12/27/10 15:50:44 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND
Document Page 8 of 12
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-18049 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | DARRAH, DEBORAH L | | | Date Filed (f) or Converted (c): | 10/02/07 (f) |
| | | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: 12/08/10 | | | | Claims Bar Date: | 03/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 698 Huntington Drive Carol Stream, IL 60188 | 265,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 9110 Pacific Avenue Franklin Park, IL 60131 | 310,000.00 | 27,546.00 | | 105,000.00 | FA |
| 3. Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 4. National City checking account | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. Ordinary household goods and furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Whole Life Insurance Met Life maintained pursuant | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 7. 1000 shares of RLI, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1997 BMW (over 200,000 miles) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 9. 2000 Oldsmobile Intrigue (over 200,000 miles) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. 2001 Itasca Spirit Camper | 35,000.00 | 35,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.47 | Unknown |

**Gross Value of Remaining Assets**

TOTALS (Excluding Unknown Values)     $630,600.00     $83,146.00     $105,009.47     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has listed commercial r/e for sale.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/10

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

LFORM1     Ver: 15.20

Case 07-18049 Doc 57 Filed 12/27/10 Entered 12/27/10 15:50:44 Desc Main
Document Page 9 of 12

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9860 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/24/09 | 2 | James Skawski | Earnest Money Deposit | 1110-000 | 10,000.00 | | 10,000.00 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 10,000.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.26 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.51 |
| 09/16/09 | 000301 | James Skawski | Return of earnest money deposit | 8500-002 | | 10,000.00 | 0.51 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 0.73 |
| 12/23/09 | 2 | Premier Title Insurance Company | Proceeds of sale | | 39,544.13 | | 39,544.86 |
| | | JOSEPH & KAREN GIOVENCO | Memo Amount: 105,000.00 Proceeds of sale | 1110-000 | | | |
| | | BUYER CREDIT FOR 2009 R/E TAX PRORA | Memo Amount: ( 17,128.58 ) | 2820-000 | | | |
| | | CREDIT TO BUYER | Memo Amount: ( 1,000.00 ) Reimbursement for Oil removal | 2500-000 | | | |
| | | CREDIT TO BUYER | Memo Amount: ( 225.00 ) City Transfer Stamps | 2500-000 | | | |
| | | BENNETT & KAHNWEILER, INC. | Memo Amount: ( 5,250.00 ) R/E Broker Commission | 3510-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 350.00 ) Escrow Charge | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 3.00 ) DFI Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 980.00 ) Title Insurance | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 162.50 ) Gap Undertaking Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 305.00 ) Later Date, Tax Payment Fees | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount: ( 157.50 ) State & County Transfer Taxes | 2820-000 | | | |
| | | | Memo Amount: ( 1,500.00 ) Survey | 2500-000 | | | |
| | | COOK COUNTY TREASURER | Memo Amount: ( 38,394.29 ) '07 & '08 Real Estate Tax Bill | 2820-000 | | | |

Page Subtotals 49,544.86 10,000.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9860 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 39,544.96 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 39,545.96 |
| 02/09/10 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 29.35 | 39,516.61 |
| 02/11/10 | 000303 | Christina Lass-Moore 315 Naperville Rd. PO Box 572 Wheaton, IL 60187 | Special Counsel Fees per Order | 3210-000 | | 2,133.00 | 37,383.61 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 37,384.51 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 37,385.46 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 37,386.38 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 37,387.33 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 37,388.25 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 37,389.20 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.95 | | 37,390.15 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 37,391.07 |
| 10/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 37,391.25 |
| 10/07/10 | | Transfer to Acct #*******0309 | Final Posting Transfer | 9999-000 | | 37,391.25 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 105,000.00 | COLUMN TOTALS | 49,553.60 | 49,553.60 | 0.00 |
| Memo Allocation Disbursements: | 65,455.87 | Less: Bank Transfers/CD's | 0.00 | 37,391.25 | |
| | | Subtotal | 49,553.60 | 12,162.35 | |
| Memo Allocation Net: | 39,544.13 | Less: Payments to Debtors | | 10,000.00 | |
| | | Net | 49,553.60 | 2,162.35 | |

| | Page Subtotals | 8.74 | 39,553.60 |
| --- | --- | --- | --- |

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Ver: 15.20

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 07-18049 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DARRAH, DEBORAH L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0309  BofA - Checking Account |
| Taxpayer ID No: | *******1251 | | | |
| For Period Ending: | 12/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/10 | | Transfer from Acct #*******9860 | Transfer In From MMA Account | 9999-000 | 37,391.25 | | 37,391.25 |
| 10/08/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 9,000.37 | 28,390.88 |
| 10/08/10 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 3,506.89 | 24,883.99 |
| 10/08/10 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's Expenses per Court Order | 3120-000 | | 143.36 | 24,740.63 |
| 10/08/10 | 003004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,807.61 | 22,933.02 |
| 10/08/10 | 003005 | Dept of the Treasury IRS<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 000001, Payment 7.27581%<br>(1-1) modified on 03/03/09 to<br>correct creditor address (nm) | 4120-000 | | 22,933.02 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 37,391.25 | 37,391.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 37,391.25 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 37,391.25 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 37,391.25 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 105,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 65,455.87 | Money Market Account (Interest Earn - *******9860 | 49,553.60 | 2,162.35 | 0.00 |
| | | BofA - Checking Account - *******0309 | 0.00 | 37,391.25 | 0.00 |
| Total Memo Allocation Net: | 39,544.13 | | 49,553.60 | 39,553.60 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 37,391.25 | 37,391.25 | |

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

LFORM24

Ver: 15.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-18049 -SQU | |
| Case Name: | DARRAH, DEBORAH L | |
| Taxpayer ID No: | *******1251 | |
| For Period Ending: | 12/08/10 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0309  BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********9860
BofA - Checking Account - ********0309

/s/    GINA B. KROL
Trustee's Signature: _____  Date: 12/08/10
           GINA B. KROL

Page Subtotals        0.00        0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.20

LFORM24